# Special Events & Festivals Application

Complete and return this application to the Loogootee Clerk Treasurer's Office. A new application must be submitted each year.

## CONTACT INFORMATION

Event Title: _Loogootee Pridefest 2024_
Sponsoring Organization: _Loogootee Pride_
Applicants Name: _Tracy Brown-Salsman_
Telephone #: _709-5772_   Phone # During Event: _709-5772_
E-mail Address: _marriageequalityday@gmail.com_

## OTHER CONTACTS FOR/DURING EVENT

Name: _Tim Brown-Salsman_   Telephone: _709-5785_
Name: _Katie Doyle_   Telephone: _812-259-4124_

## EVENT SPECIFIC INFORMATION

Event Location: _Downtown Public Square_
Date(s) Requested: _Sept. 7_   Alternative Date(s): _—_
Start Time: _10 AM_   End Time: _5 pm_
Number of people expected to attend: _250_

## THIS EVENT WILL INCLUDE THE FOLLOWING ELEMENTS (check all that apply):

- [x] Street/Sidewalk/Right-of-way restriction or closure (include a listing of closures being requested on a separate page)
- [x] Stage ($800 rental fee due 30 days prior to event)

## EVENT DESCRIPTION

Please give a description of the event (Please attach a separate sheet with details if there is not enough space below).

_We'll have a variety show featuring a 17-piece Big Band, dancers, singers plus a health/vendor fair_

RECEIVED 2/23/24
BR

## Street closures requested for Loogootee PrideFest 2024

East Main Street from US231 to N.E. 1st Street

North Line Street from US231 to North Street

Public Square Street from US231 to North Line Street

