UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., ) ) ) Plaintiff, ) ) v. ) ) CITY OF LOOGOOTEE, INDIANA, ) ) Defendant. ) | No. 3:24-cv-00100-RLY-CSW |

**Motion for Preliminary Injunction**

Plaintiff, by counsel, pursuant to Rule 65 of the Federal Rules of Civil Procedure moves this Court for a preliminary injunction in this matter, allowing the previously approved Loogootee PrideFest 2024 to take place in the Public Square in Loogootee as planned on September 7, 2024. In support of this motion plaintiff says that:

1. Plaintiff will prevail on its claim that the City of Loogootee is violating its First Amendment rights by not allowing the previously approved Loogootee PrideFest 2024 to take place in the Public Square in Loogootee on September 7, 2024.

2. Plaintiff will also prevail in its claim that the Special Events Ordinance passed by Loogootee on June 10, 2024, violates the First Amendment.

3. Plaintiff is being caused irreparable harm for which there is no adequate remedy at law.

4. The balance of harms favors the plaintiff, and the public interest will not be

[1]

disserved by the grant of a preliminary injunction.

5.     The preliminary injunction should be issued without bond.

6.     Plaintiff intends to separately submit documentary or other evidence in support of its preliminary injunction request prior to or at a preliminary injunction hearing in this matter. Additionally, plaintiff will submit its memorandum of law in support of this motion within the time period established in any briefing schedule set by the Court. That to-be-filed memorandum is incorporated herein by reference.

7.     Plaintiff further requests that the Magistrate Judge conduct a conference for the purpose of establishing a briefing schedule for this motion.

WHEREFORE, plaintiff requests that this Court issue a preliminary injunction ordering defendant to allow Loogootee PrideFest 2024 to take place, as previously approved, on September 7, 2024, and for all other proper relief.

Kenneth J. Falk
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorneys for Plaintiff

## Certificate of Service

  I certify that a copy of the foregoing was served on this 14th day of June 2024 through the Court's case management/electronic case filing system.

  I also certify that a copy was served by first-class U.S. postage, pre-paid, on this 14th day of June 2024 on:

City of Loogootee
c/o Office of the Mayor
401 John F. Kennedy Ave.
Loogootee, IN 47553

  I also certify that a courtesy copy was served by electronic mail on this 14th day of June 2024 on:

Steven Teverbaugh, Esq.
200 John F. Kennedy Ave.
Loogootee, IN 47553
lawtever@gmail.com

                  Kenneth J. Falk
                  Attorney at Law