UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 3:24-cv-00100-RLY-CSW |
| CITY OF LOOGOOTEE, INDIANA, | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW**

Plaintiff moves to withdraw its preliminary injunction motion.  (Filing No. 34).  The court **GRANTS** Plaintiff's Motion to Withdraw (Filing No. 34).  Therefore, Plaintiff's preliminary injunction motion is hereby considered **WITHDRAWN**.  The Clerk is **DIRECTED** to show Plaintiff's Motion for Preliminary Injunction (Filing No. 5) as **WITHDRAWN**.

**IT IS SO ORDERED** this 28th day of August 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.