UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:24-cv-00100-RLY-CSW |
| CITY OF LOOGOOTEE, INDIANA, | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION TO WITHDRAW**

The parties' Joint Motion to Allow Withdrawal of Plaintiff's Motion for Partial Summary Judgment (Filing No. 53) is **GRANTED**. Plaintiff's motion for partial summary judgment is **WITHDRAWN**, without prejudice to Plaintiff being able to file a new motion for summary judgment at a later time. The **Clerk** is **DIRECTED** to show Plaintiff's Motion for Partial Summary Judgment (Filing No. 50) as **WITHDRAWN**.

**IT IS SO ORDERED** this 10th day of February 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1