UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:24-cv-00100-RLY-CSW |
| CITY OF LOOGOOTEE, INDIANA, | ) ) ) | |
| Defendant. | ) | |

### Second Declaration of Jess Beeler-Babb

Jess Beeler-Babb, being duly sworn upon her oath, says that:

1. I am a Litigation Support Specialist employed by the ACLU of Indiana.

2. On June 3, 2025, I listened to a podcast where Mayor Brian Ader was interviewed by radio station WRZR about the 2025 Summerfest, and transcribed portions of the podcast. The podcast remains available today at

   https://www.razor945.com/episode/6-1-2025-gettin-in-the-know-loogootee-summerfest-june-19-21-in-downtown-loogootee/

3. At approximately the 6:22 mark of the podcast, the Mayor, in discussing Summerfest, stated that:

   > And as far as the layout is, you know, the vendors are going be basically in the same area. Basically, what we're gonna have, the rides up around the downtown square, uh, and one thing that we're doing as an extra precautionary this year is that since the rides are gonna be up there, you're going to have a lot of kids. We're actually getting those concrete barricades to set off and block the roads completely off because we don't want any vehicles driving through. So, we're looking at the safety side of thing, um, and then we'll also have the, our barricades or cones up in, in front of that just to alert people. But we're putting those in. So, so there's no traffic that can come in.

[1]

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 7/3/2025

*Jess Beeler-Babb*
Jess Beeler-Babb

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202