UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOOGOOTEE, INDIANA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Cause No. 3:24-cv-00100-RLY-CSW <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUPPLEMENTAL AFFIDAVIT

I, Brian Ader, swear and affirm under the penalty of perjury that the foregoing is true:

1. I am the Mayor of the City of Loogootee, Indiana.

2. Summerfest 2025 was recently held in Loogootee, and it was centered within the Green Space area, which is bordered by Church Street (to the south/southeast), NE 1st Street (to the east/northeast), Railroad Street (to the north/northwest), and U.S. 231/John F. Kennedy Avenue (to the west/southwest).

3. Since Summerfest festivals in the past have had 2000 to 3000 attendees, and with projections for a similar if not larger turnout in 2025, the aforementioned streets around the Green Space, along with a portion of E. Main Street, a portion of N. Line Street, and the small section of street that is Public Square Street were closed to accommodate the numerous rides, vendors, and festival attendees. As it turned out, Summerfest 2025 attendance was approximately 2000 people per day.

4. At Summerfest 2025, the Green Space area was used for the main stage, stage speakers, other sound equipment, seating area for the public, and some booths; however, the rides, vendors, and other area needed for attendees could not be accommodated within the Green

1                                                                                            **Exhibit 1**

Space.

5.  By contrast to Summerfest, past Pridefest events are believed to have included approximately 100 attendees; however, the Patoka Valley Aids Community Action Group, Inc. has indicated attendance has been approximately 200 people.

6.  I have reviewed the Fourth Supplemental Declaration of Tracy Brown-Salsman, and agree that the attached photos accurately depict the location of Summerfest 2025 rides that required street locations to be operated in a safe fashion for attendees. To ensure public safety in and around the various Summerfest 2025 rides, spacing is important. Though the festival was centered in the Green Space, that location alone cannot safely accommodate all of the Summerfest 2025 attendees, rides, and vendors on a basic physical scale.

7.  I do not agree with certain contentions in the Fourth Supplemental Declaration of Tracy Brown-Salsman, including:

a. Paragraph 12 indicates Loogootee would not consider any road closures for Pridefest 2025, which is not true, as Loogootee would agree that SE 1st Street can be closed from Church Street to the railroad tracks, and NE 1st Street can be closed from the railroad tracks to East Manin Street.

b. Paragraph 15 is not accurate in stating the Public Square is the center of the City of Loogootee and that the fountain in the Public Square is named "Diversity Fountain," as no official City action has ever been taken to name the fountain in any way.

c. Paragraph 16 is inaccurate and incorrect as all special events in Loogootee will be centered in the Green Space unless the City Park is chosen, and the City does not consider Pridefest "inferior," but just a smaller event with far-less attendees and therefore less need for space that would require further street closures.

2

8. The City of Loogootee's public event Ordinance provides options for applicants to hold their events in the Green Space or City Park, with minor adjustments or limited street closures being available should the expected attendee size require as minimal street closure as possible.

Executed this 28th day of July, 2025.

_____
Brian Ader, Mayor of Loogootee