UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOOGOOTEE, INDIANA, <br><br> Defendant. | ) ) ) ) ) ) ) No. 3:24-cv-00100-RLY-CSW ) ) ) ) ) |

**SCHEDULING ORDER**

The court SETS this matter for an attorney telephonic conference on **AUGUST 5, 2025 at 2:30 p.m. (Central)** before the Honorable Richard L. Young, Judge. The information needed to participate in this **telephonic** conference will be provided by a separate notification.

**SO ORDERED** this 1st day of August 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record