UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., ) ) ) Plaintiff, ) ) v. ) ) CITY OF LOOGOOTEE, INDIANA, ) ) Defendant. ) | No. 3:24-cv-00100-RLY-CSW |

**ORDER GRANTING PERMANENT INJUNCTION**

Today, in its Entry Granting in Part and Denying in Part Plaintiff Patoka Valley AIDS Community Action Group, Inc.'s Motion for Partial Summary Judgment, the court concluded that Ordinance No. 2025-1, enacted by Defendant, the City of Loogootee, Indiana, is unconstitutional under the First Amendment.

Consistent with the court's Entry, the court now issues this permanent injunction. It is now hereby **ORDERED**:

1. Defendant is permanently **ENJOINED** from enforcing Ordinance No. 2025-1 in its entirety.

2. Defendant shall allow PrideFest to take place on September 6, 2025, from 10:00 a.m. to 7:00 p.m. in and around the Public Square in downtown Loogootee (framed by U.S. 231, Public Square Street, N. Line Street, and E. Main Street). The following roads shall be closed for the duration of the event, as requested by Patoka Valley: Public Square Street (from U.S. 231

to N. Line Street), N. Line Street (from U.S. 231 to Wood Street), and E. Main Street (from U.S. 231 to N.E. 1st Street).

**IT IS SO ORDERED** this 28th day of August 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.