UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., </br></br> Plaintiff, </br></br> v. </br></br> CITY OF LOOGOOTEE, INDIANA, </br></br> Defendant. | ) ) ) ) ) ) ) No. 3:24-cv-00100-RLY-CSW ) ) ) ) ) |

**ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

On August 28, 2025, the court granted in part and denied in part Plaintiff's Motion for Summary Judgment. (Filing No. 95). The court granted Plaintiff's motion on its claims that Defendants' Ordinance No. 2024-04 and Ordinance No. 2025-1 violated the First Amendment. The court also granted Plaintiff's request to permanently enjoin Ordinance No. 2025-1. The court denied the motion on Plaintiff's request for an award of special damages stemming from their PrideFest that took place while Ordinance 2024-04 was in effect.

In the present motion, the parties move for final judgment on two grounds. First, the parties have agreed that Plaintiff is entitled to $1,200 in special damages. Second, the 2025 PrideFest has taken place as ordered by the court. As all issues are finally resolved except the issue of Plaintiff's claim to attorney's fees, the parties' Joint Motion for Entry of Final Judgment (Filing No. 99) is **GRANTED**. The parties' joint request that a

judgment awarding Plaintiff $1,200 should be stayed until the appellate process is finally resolved is also **GRANTED**.

    Final judgment shall issue by separate order.

**IT IS SO ORDERED** this 6th day of October 2025.

                                                                       _____
                                                                       RICHARD L. YOUNG, JUDGE
                                                                       United States District Court
                                                                       Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.