UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 3:24-cv-00100-RLY-CSW<br>) |
| CITY OF LOOGOOTEE, INDIANA, | )<br>) |
| Defendant. | ) |

**Order to Appear**

Plaintiff having filed its Verified Motion for Contempt, and the Court having reviewed the motion and being duly advised, finds that this matter should be set for hearing and,

IT IS THEREFORE ORDERED that the City of Loogootee, Indiana, by its Mayor or other elected representatives, shall appear before this Court in Room 301, Winfield K. Denton Federal Building and U.S. Courthouse, 101 Northwest Martin Luther King Blvd., Evansville, Indiana, 47708, on _____, 2026 at \_\_\_.M., to show cause why it should not be held in contempt of the lawful orders of this Court.

[1]

To:     All ECF-registered counsel of record

[2]