UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATOKA VALLEY AIDS COMMUNITY ACTION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF LOOGOOTEE, INDIANA, )<br>)<br>Defendant. ) | No. 3:24-cv-00100-RLY-CSW |

**ORDER FINDING THE CITY OF LOOGOOTEE IN CONTEMPT**

On March 10, 2026, the court held a hearing on Plaintiff Patoka Valley Aids Community Action Group, Inc.'s Verified Motion for Contempt. After hearing the arguments of counsel, the court **GRANTED** the motion (Dkt. 103). The court found as follows:

- Defendant City of Loogootee is in contempt of the court's Order Granting Permanent Injunction (Dkt. 96) and Final Judgment (Dkt. 101);

- The City is **ORDERED** to purge itself of contempt by revoking Ordinance 2025-14 within **15 days** of the date of this Order;

- If the City fails to revoke Ordinance 2025-14 within **15 days** of the date of this Order, the City shall be fined **$500 per day** until it does so;

- The City is **ORDERED** to file any proposed ordinance with the court prior to its issuance; and

1

- Plaintiff is **AWARDED** its reasonable attorneys' fees and costs.  Plaintiff shall have **30 days** from the date of this Order to file a document substantiating the amount of fees and costs it has incurred prosecuting this motion.

**IT IS SO ORDERED** this 10th day of March 2026.

                                                    RICHARD L. YOUNG, JUDGE
                                                    United States District Court
                                                    Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.